IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

Brandon Gabelhart d/b/a Tembo and Co.,

Plaintiff,

v.

Longhart Construction &Racking LLC and Joshua Longhart,

Defendants.

Case No. 6:23-cv-03671-DCC-WSB

**ORDER**

This matter is before the Court for review. In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2), (D.S.C.), this matter was referred to United States Magistrate Judge Kevin F. McDonald for pre-trial proceedings and a Report and Recommendation ("Report"). On May 21, 2026, Plaintiff filed a motion for default judgment and a motion for damages hearing. ECF No. 113. On August 5, 2026, the Magistrate Judge conducted a hearing on damages. ECF No. 120. Plaintiff and Defendant Joshua Longhart testified.[1] On August 21, 2026, the Magistrate Judge issued a Report recommending that that Plaintiff's motion for default judgment be granted in part and denied in part. ECF No. 123. The Magistrate Judge advised the parties of the procedures and requirements for filing objections to the Report and the serious

[1] Joshua Longhart is proceeding pro se; accordingly, he represented only himself and not Defendant Longhart Construction LLC at the hearing.

consequences for failure to do so. Neither party has filed objections and the time to do so has passed.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the Court. *See Mathews v. Weber*, 423 U.S. 261 (1976). The Court is charged with making a de novo determination of any portion of the Report of the Magistrate Judge to which a specific objection is made. The Court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b). The Court will review the Report only for clear error in the absence of an objection. *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." (citation omitted)).

After considering the record in this case, the applicable law, and the Report of the Magistrate Judge, the Court finds no clear error and agrees with the Report's recommendation. Plaintiff's motion for default judgment is granted in part and denied in part. Damages are awarded to Plaintiff in the amount of $523,783.07 on Plaintiff's breach of partnership agreement claim. No damages are awarded as to Plaintiff's claims for accounting, dissolution, conversion, or fraud.

IT IS SO ORDERED.

s/ Donald C. Coggins, Jr.

United States District Judge

September 24, 2026
Spartanburg, South Carolina